UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 28 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

File Number 1-09-CV-2355 }

} Notice of Appeal

WEKESA O. MADZIMOYO, }

   Pro Se Plaintiff }

}

V. }

THE BANK OF NEW YORK
MELLON TRUST COMPANY,
N.A., et al., }

   Defendants }

**NOTICE IS HEREBY GIVEN** that Wekesa O. Madzimoyo, Pro Se Plaintiff in WEKESA O. MADZIMOYO V. THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., et at, hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment from an order granting Judgment on the Pleadings to the defendants entered in this action on the 1st day of February, 2011.

/s/

_Wekesa O. Madzimoyo_

Wekesa O. Madzimoyo, Pro Se Plaintiff
852 Brafferton Place
Stone Mountain, GA 30083
404-201-2356

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been served via U.S. Mail, postage prepaid and properly addressed on this 28th day of February to:

Frank R. Olson, Esq.
John D. Andrle, Esq.
McCurdy & Candler, LLC
P.O. Box 57
Decatur, GA 30031

Kelly L. Atkinson
Counsel for Defendants
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308-2216

/s/

*Wekesa O. Madzimoyo*

Wekesa O. Madzimoyo, Pro Se Plaintiff
852 Brafferton Place
Stone Mountain, GA 30083
404-201-2356

```
Court Name: Northern District of Geogia
Division: 1
Receipt Number: GAN100033037
Cashier ID: bgutting
Transaction Date: 02/28/2011
Payer Name: WEKESA MADZIMOYO

NOTICE OF APPEAL/DOCKETING FEE
 For: WEKESA MADZIMOYO
 Case/Party: D-GAN-1-09-CV-002355-001
 Amount:         $455.00

CASH
 Amt Tendered:   $455.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00


FYI - Our returned check fee is
$45.00.
```

**APPEAL RECEIPT SHEET**

1:09-cv-2355

2-28-11

✓